KELLER, Respondent, v. HARRIS et al., Appellants. (Supreme Court, Appellate Division, First Department. November 8, 1912.) Action by Joseph Keller against Isaac Harris and another. B. C. Loder, of New York City, for appellants. S. Fine, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KELLEY, Respondent, v. AUBURN & S. ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1912.) Action by John Kelley against the Auburn & Syracuse Electric Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING, J., not sitting.

KELLY, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by James Kelly against the Nassau Electric Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

KELLY, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Bella Kelly against the Nassau Electric Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

KELLY ASPHALT BLOCK CO., Respondent, v. BARBER ASPHALT PAVING CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 1, 1912.) Action by the Kelly Asphalt Block Company against the Barber Asphalt Paving Company. No opinion. Judgment and order affirmed, with costs. See, also, 136 App. Div. 22, 120 N. Y. Supp. 163.

KENNARD, Appellant, v. RINGLING et al., Respondents. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Florence Kennard against Al Ringling and others. M. L. Malevinsky, of New York City, for appellant. F. C. Tanner, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KENNEDY, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Daniel F. Kennedy against the Brooklyn Heights Railroad Company. No opinion. Judgment affirmed, with costs.

KESSLER, Respondent, v. TOWN OF ASHFORD, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1912.) Action by Herman Kessler against the Town of Ashford.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the evidence fails to establish actionable negligence against the defendant. See, also, 143 App. Div. 958, 128 N. Y. Supp. 1129.

In re KILLAN'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. October 16, 1912.) In the matter of the estate of Mary Killan, deceased.

PER CURIAM. Motion to amend decision (143 App. Div. 956, 960, 129 N. Y. Supp. 1130) denied, with $10 costs.

SPRING, J., not sitting.

KINNEY, Respondent, v. KINNEY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 2, 1912.) Action by John L. Kinney against John W. Kinney and another. No opinion. Motion for reargument (of 136 N. Y. Supp. 1139) denied, with $10 costs.

In re KIRBY (Supreme Court, Appellate Division, First Department. November 1, 1912.) In the matter of Garrett Kirby. No opinion. Respondent disbarred. Settle order on notice.

KIST v. R. M. HAAN & CO. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Christina Kist against R. M. Haan & Co. No opinion. Motion to dismiss appeal granted, with costs. See, also, 127 App. Div. 901, 111 N. Y. Supp. 59.

KLAW, Appellant, v. NEW YORK PRESS CO., Respondent. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Marc Klaw against the New York Press Company. D. Gerber, of New York City, for appellant. F. P. Ufford, of New York City, for respondent. No opinion. Order modified, as stated in order filed, and, as modified, affirmed, without costs. Order filed. See, also, 151 App. Div. 720, 136 N. Y. Supp. 224.

KNICKERBOCKER, Appellant, v. GENERAL RY. SIGNAL CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 18, 1912.) Action by Edward F. Knickerbocker against the General Railway Signal Company.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., dissents, upon the grounds stated in his dissenting opinion on former appeal in same case, reported at 133 App. Div. 787, 118 N. Y. Supp. 82. See, also, 135 N. Y. Supp. 1121.

KORN, Respondent, v. ILLINOIS SURETY CO., Appellant. (Supreme Court, Appellate Division, First Department. November 1,